# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
Plaintiff )
)
-vs- )
Angulo Rodalleqa, Pedro Feripe )
Defendant

CASE NUMBER: CR 10-20196-CR-KING

REPORT COMMENCING CRIMINAL ACTION

83136-004

*************************************************************

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 04-15-10   1400  a.m./p.m.

(2) LANGUAGE(S) SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 46 - 70503 - 70506

(4) UNITED STATES CITIZEN: ( )YES  (X)NO  ( )UNKNOWN

(5) DATE OF BIRTH: 4-9-80

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT   [ ] COMPLAINT   CASE #
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SDFL
COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ]YES  [ ]NO

AMOUNT OF BOND:$ _____   WHO SET BOND? _____

(7) REMARKS:

(8) DATE: 4-14-10    (9) ARRESTING OFFICER: V. Mosker

(10) AGENCY: DEA MIAMI   (11) PHONE #: 305-796-1386

(12) COMMENTS